Opinion issued July 23, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-26-00555-CV

————————————————

**HARRIS CENTRAL APPRAISAL DISTRICT, Appellant**

**V.**

**BAYOU HOTEL GROUP LLC SUCCESSOR-IN-INTEREST TO IMPERIAL HOTELS, LLC, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-69543**

---

## MEMORANDUM OPINION

Appellant has filed an agreed motion to dismiss this appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.